# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH ERICKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DON POAG et al.,<br><br>    Defendants. | 3:14-cv-00144-RCJ-WGC<br><br>**ORDER** |

The Court has dismissed this case without prejudice for repeated failures to pay the filing fee or complete an application to proceed *in forma pauperis*. Plaintiff has requested copies of a minute order and a copy of certain state court rules.

## CONCLUSION

IT IS HEREBY ORDERED that the Motions (ECF No. 36, 37) are DENIED.

IT IS FURTHER ORDERED that the Clerk shall mail to Plaintiff a copy of its standard form for ordering copies from the Clerk's Office.

IT IS SO ORDERED.

Dated this 8th day of December, 2015.

_____
ROBERT C. JONES
United States District Judge